UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

USA ,
           Plaintiff(s),

v.

Nygel Rivera ,
           Defendant(s).

------------------------------------------------------------x

**CALENDAR NOTICE**

13 CR 740-12 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/21

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/ ~~re-scheduled~~ for:

✓ Status conference (on VOSR)

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

___ Sentencing

on 9/2 , 20 21 , at 12:00 PM , in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. ~~Adjourned from~~ _____.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 8-16- , 20 21
White Plains, NY

SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti
United States District Judge