UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

NYGEL RIVERA,
                            Defendant.
--------------------------------------------------------x

**ORDER**

13 CR 740-12 (VB)

      At the sentencing hearing on September 23, 2021, on this violation of supervised release matter, for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, defendant Nygel Rivera, USM #69273-408, is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: September 23, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge