Case 7:13-cr-00740-VB Document 259 Filed 01/18/23 Page 1 of 1

U.S. Department of Justice

United States Attorney
Southern District of New York

RECEIVED JAN 18 2023
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

50 Main Street, Suite 1100
White Plains, New York 10606

1-18-23

January 18, 2023

**BY ECF**

The Honorable Vincent Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Nygel Rivera*, 13 Cr. 740 (VB)

Dear Judge Briccetti:

There is a pending violation of supervised release ("VOSR") petition in the above-referenced case. The next status conference is currently scheduled for February 22, 2023. The Government writes with the consent of defense counsel, Margaret Shalley, Esq., to request an adjournment of the conference until a date in April 2023.

I understand that Mr. Rivera has a court appearance on pending state charges, which relate to the subject matter of the VOSR petition, on or about March 21, 2023. The parties agree that it is advisable to adjourn the VOSR status conference in this matter, at the Court's discretion, to permit a potential resolution of the state charges.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: */s/ Stephanie Simon*
Stephanie Simon
Assistant United States Attorney
(914) 993-1920

cc: Margaret Shalley, Esq.

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 1/18/23
White Plains, NY

Conference adjourned to 4/17/2023 at 11:00 a.m.