**MARGARET**

MARGARET M. ~~
225 ~~
Ne~~
917~~
2~~
marg~~

> APPLICATION GRANTED:
>
> The conference scheduled for 5/23/2023, is adjourned to 8/30/2023, at 11:00 a.m. The conference shall proceed in person at the White Plains courthouse, Courtroom 620.
>
> SO ORDERED:
>
> /s/ Vincent L. Briccetti
> Vincent L. Briccetti, U.S.D.J.
> May 9, 2023

5/9/23

**VIA ECF**
The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Nygel Rivera*
13 Cr. 740 (VLB)

Dear Judge Briccetti:

    I am the attorney for the defendant, Nygel Rivera, in the above-referenced matter. A conference in this case is currently scheduled for May 23, 2023. The purpose of this letter is to respectfully request a 90-day adjournment of the conference. Probation has informed counsel that he has been in contact with Dutchess County ADA and she advised that Mr. Rivera's next court date is scheduled for May 22, 2023, for motions. A trial date will be set at a later date. An additional 90 days will provide sufficient time for him to potentially resolve the state case and to update the Court. This is defense counsel's first request for an adjournment of the conference. Both Probation and the Government consent to this request. Accordingly, it is respectfully requested that the Court adjourn the conference to the week of August 28, 2023, or a date that is convenient to the Court.

    The Court's time and attention to this matter are greatly appreciated.

                                Respectfully submitted,

                                  / s /

                                Margaret M. Shalley

cc:   All Counsel
       (*via ECF*)